**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

NERA RANDOLPH,

    Plaintiff,

vs.                                    CASE NO. 5:07cv01/RS-MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 24) and Plaintiff's Objections (Doc. 25). I have reviewed Plaintiff's objections de novo. I have also considered Plaintiff's Supplemental Response (Doc. 23), which Plaintiff suggests was not reviewed by the Magistrate Judge.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and adopted and incorporated in this order.

2. The decision of the Commissioner of the Social Security Administration is affirmed.

3. This case is dismissed.

4. The clerk is directed to close the file.

ORDERED on February 15, 2008.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**